UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WESLEY SCHLEPP, | Case No. C17-0152 RSM |
| Plaintiff, | ORDER GRANTING JPMORGAN CHASE BANK, N.A.'S MOTION TO DISMISS ALL CLAIMS |
| v. | |
| JPMORGAN CHASE BANK, N.A., *et al.*, | |
| Defendants. | |

THIS MATTER came before the Court on Defendant JPMorgan Chase Bank, N.A.'s ("Chase") Motion to Dismiss. Dkt. #8. Plaintiff has failed to respond to the motion. Such failure is deemed to be an admission that the motion has merit. Local Civil Rule 7(b)(2). While Plaintiff's failure to timely respond to the motion is a sufficient basis to dismiss Plaintiff's claims against Chase, the Court, having considered the papers submitted in support of Chase's motion, also finds that the motion should be GRANTED on the merits for the reasons stated by Chase. *See* Dkt. #8 and Exs. 1-13 thereto. The Court further agrees that amendment to the Complaint would be futile as to Chase.

Accordingly, it is hereby ORDERED that Chase's Motion to Dismiss (Dkt. #8) is GRANTED, and all of Plaintiff's claims against Chase are DISMISSED.

ORDER
PAGE - 1

DATED this 8th day of May, 2017.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER
PAGE - 2