# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| WESLEY SCHLEPP, an individual:<br><br>                      Plaintiff,<br><br>  vs.<br><br>JPMORGAN CHASE BANK N.A. SUCCESSOR TO WASHINGTON MUTUAL BANK; DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR SECURITIZED TRUST WAMU MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-AR; QUALITY LOAN SERVICE CORP. WASHINGTON; and DOES 1-10, Inclusive<br><br>                      Defendants. | Case No. C17-0152RSM<br><br>ORDER GRANTING QUALITY LOAN SERVICE CORPORATION OF WASHINGTON'S MOTION TO DISMISS |

THIS MATTER comes before the Court on Defendant Quality Loan Service Corporation of Washington's Motion to Dismiss the Complaint under Federal Rule of Civil Procedure 12(b)(6). Dkt. #12. Plaintiff has failed to respond to the motion. Pursuant to Local Civil Rule 7(b)(2), "[e]xcept for motions for summary judgment, if a party fails to file papers in opposition to a motion, such failure may be considered by the court as an admission that the motion has merit." The Court deems Plaintiff's failure to be such an admission in this case.

Having reviewed Defendant's motion, the records submitted in support thereof, and the remainder of the record, the Court hereby ORDERS that Defendant Quality Loan Service Corporation of Washington's Motion to Dismiss the Complaint (Dkt. #12) is GRANTED for the

ORDER - 1

reasons set forth in its motion. *See* Dkt. #12 at 3-9. All claims against Quality Loan Service Corporation of Washington are DISMISSED, and Quality Loan Service Corporation of Washington is terminated as a Defendant to this action.

DATED this 7 day of June, 2017.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER - 2